UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

SHANNON RUMER,

    Plaintiff,

  v.

COMMISSIONER OF SOCIAL
SECURITY, *Michael J. Astrue*,

    Defendant.

Case No. 09-cv-649-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the final decision of the Commissioner of Social Security, Michael J. Asture, to deny Plaintiff Shannon Rumer's application for disability benefits and supplemental security income is affirmed.

**NANCY ROSENSTENGEL, CLERK**

**Date: May 14 , 2010**      s/Brenda K. Lowe, Deputy Clerk

**Approved:**  s/ J. Phil Gilbert      EOD: May 18, 2010
**J. PHIL GILBERT**
**DISTRICT JUDGE**